IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICHARD PETERSON #20090007816, )
                                )
            Plaintiff,          )
                                )
    v.                          )    No.  10 C 5681
                                )
THOMAS DART, et al.,            )
                                )
            Defendants.         )

MEMORANDUM ORDER

Cook County Sheriff Thomas Dart ("Dart") and Executive

Director Salvador Godinez ("Godinez") of the Cook County

Department of Corrections ("County Jail") have filed their

Answer, including some affirmative defenses ("ADs"), to the 42

U.S.C. §1983 ("Section 1983") action brought against them and

other defendants by appointed counsel for Richard Peterson

("Peterson").  This memorandum order is issued sua sponte because

of some problematic aspects of that responsive pleading.[1]

For one thing, although Answer ¶48 denies Peterson's claimed

exhaustion of available administrative remedies (a precondition

to suit under 42 U.S.C. §1997e(a)), Answer ¶38 admits Peterson's

pursuit of certain grievances.  It may be that a Pavey hearing

would be required to resolve the exhaustion-of-remedies matter,

but in the meantime defense counsel are ordered to file a

_____

[1] Matters addressed here do not purport to be exhaustive.
Other matters (such as, for example, whether the Answer contains
an excessive number of Fed. R. Civ. P. 8(b)(5) disclaimers) may
of course be raised by Peterson's counsel.

memorandum on or before May 9, 2011 detailing just what grievances Peterson <u>has</u> filed according to County Jail records and in what respects he has assertedly fallen short of the exhaustion requirement.[2]

Next, AD 2 cites to the seminal decision in <u>City of Newport v. Fact Concerts</u>, 453 U.S. 247 (1981) as establishing governmental immunity from punitive damages liability under Section 1983--but the citation has no relevance here.  Because both Dart (Complaint ¶6) and Godinez (Complaint ¶7) are sued in their <u>individual</u> capacities as well as their official capacities, that AD is stricken.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 25, 2011

---

[2]  That submission is a sensible threshold step, because it could well render a full-fledged <u>Pavey</u> hearing unnecessary.