IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

RICHARD PETERSON #20090007816,  )
                                )
          Plaintiff,             )
                                )
     v.                          )      No. 10 C 5681
                                )
THOMAS DART, et al.,             )
                                )
          Defendants.            )

                        MEMORANDUM ORDER

     This Court's April 25, 2011 memorandum order ("Order")
addressed several issues posed by the responsive pleading that
had been filed by Cook County Sheriff Thomas Dart and Cook County
Department of Corrections Executive Director Salvador Godinez,
importantly including a potentially dispositive failure on the
part of plaintiff Richard Peterson ("Peterson") to have exhausted
all available administrative remedies as required by 42 U.S.C.
§1997e(a).  Now those defendants have filed an Amended Answer to
Peterson's First Amended Complaint, and revised Answer ¶48 has
now <u>admitted</u> that Peterson has satisfied that precondition to his
bringing this lawsuit.

     Under the circumstances, then, no <u>Pavey</u> hearing will be
required, and this action can go forward in the regular course.
At the previously scheduled May 19 status hearing, counsel for
the parties will be expected to discuss both the current posture

of the case and anticipated further proceedings.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date:  May 11, 2011